IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CARL VON GARRETT,<br><br>    Defendant. | 4:23CR00526 SEP-SPM<br>Judge Sarah E. Pitlyk |

## APPEARANCE

Christopher T. Grohman of the law firm Benesch Friedlander, Coplan & Arnoff LLP hereby enters his appearance as counsel for record on behalf of the Defendant, Carl Von Garrett.

Dated: November 20, 2024                    Respectfully Submitted,


/s/ *Christopher T. Grohman*
Christopher T. Grohman

BENESCH, FRIEDLANDER, COPLAN, &
ARNOFF LLP (No. 6312144)
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
312.212.4943
cgrohman@beneschlaw.com

*Attorney for Defendant Carl Von Garrett*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2024, a copy of the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Christopher T. Grohman
*Attorney for Defendant, Carl Von Garrett*